OHIO STATE BAR ASSOCIATION *v.* EPLING.

[Cite as Ohio State Bar Assn. *v.* Epling (1988), 38 Ohio St. 3d 602.]

(No. D.D. 83—Submitted August 19, 1988—Decided August 24, 1988.)

The application for reinstatement to the practice of law is granted. John A. Epling is reinstated to the practice of law in the state of Ohio.

(For earlier case, see [1968], 15 Ohio St. 2d 23, 44 O.O. 2d 14, 238 N.E. 2d 558.)

MOYER, C.J., SWEENEY, LOCHER, DOUGLAS and WRIGHT, JJ., concur.

HOLMES and H. BROWN, JJ., not participating.